**Affirmed and Memorandum Opinion filed October 13, 2011.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-00648-CR
NO. 14-10-00649-CR
NO. 14-10-00650-CR

_____

**DAVID BATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause Nos. 50924, 50925, 50926**

---

## MEMORANDUM OPINION

Appellant entered a plea of guilty to two charges of aggravated robbery and one charge of aggravated assault. On June 11, 2010, the trial court sentenced appellant to confinement in the Institutional Division of the Texas Department of Criminal Justice for fifty-five (55) years on each charge of aggravated robbery and fifteen (15) years on the charge of aggravated assault, with the sentences to run concurrently. Appellant filed a notice of appeal in each case.

Appellant's appointed counsel filed a brief in which he concludes the appeal in each case is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate records and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed.

In each case, we have carefully reviewed the record and counsel's brief and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the records. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, in each case the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).